**Order entered July 14, 2022**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00084-CV

## IN THE INTEREST OF K.S.L. AND M.B.L., CHILDREN

**On Appeal from the 469th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 469-54150-2018**

## ORDER

Appellee's brief is currently due on July 21, 2022. Before the Court is appellee's July 13, 2022 motion seeking an extension to September 19 to file her brief. We **GRANT** the motion **only to the extent** that we extend the time to **September 6, 2022**.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE